IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC., BOEHRINGER INGELHEIM INTERNATIONAL GMBH, BOEHRINGER INGELHEIM CORPORATION and BOEHRINGER INGELHEIM PHARMA GMBH & CO. KG,<br><br>Plaintiffs,<br><br>v.<br><br>APOTEX INC. and APOTEX CORP.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 23-685 (CFC)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME**

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that certain deadlines set forth in the Scheduling Order (D.I. 34) and Stipulation and Order for Extension of Time (D.I. 91) are amended as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Completion of Fact Discovery[1] | March 14, 2025 | April 11, 2025 |

---

[1] For clarity, the extension of the fact discovery deadline is for the purpose of completing existing discovery and fact depositions. No new written discovery requests are permitted.

1

| Event | Current Deadline | New Deadline |
|---|---|---|
| Final Deadline to Supplement the Preliminary Disclosure of Asserted Claims, Preliminary Disclosure of Prior Art, Infringement Contentions, and Invalidity Contentions | March 28, 2025 | April 25, 2025 |
| Final Deadline to Supplement Noninfringement Contentions and Responses to Invalidity Contentions | April 11, 2025 | May 9, 2025 |
| Opening Expert Reports | May 2, 2025 | May 22, 2025 |
| Rebuttal Expert Reports (including Plaintiffs' Secondary Indicia Opinions) | June 27, 2025 | July 11, 2025 |
| Reply Expert Reports (all issues) | July 31, 2025 | August 8, 2025 |

All other deadlines remain unchanged.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Megan E. Dellinger*

Jack B. Blumenfeld (#1014)
Brian P. Egan (#6227)
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
began@morrisnichols.com
mdellinger@morrisnichols.com

*Attorneys for Plaintiffs*

March 14, 2025

PHILLIPS, MCLAUGHLIN & HALL, P.A.

/s/ *Megan C. Haney*

John C. Phillips, Jr. (#110)
Megan C. Haney (#5016)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pgmhlaw.com
mch@pgmhlaw.com

*Attorneys for Defendants*

3

SO ORDERED, this _____ day of _____, 2025.

_____
The Honorable Colm F. Connolly
Chief, United States District Court Judge